Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−15821−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose S Vasquez
   29 Roosevelt Ave
   Morganville, NJ 07751

Social Security No.:
   xxx−xx−3314

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 8, 2023.

Dated: September 8, 2023
JAN: rms

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-15821-CMG |
| Jose S Vasquez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 08, 2023 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose S Vasquez, 29 Roosevelt Ave, Morganville, NJ 07751-9717 |
| 519965894 | | Lafayette Federal Cred, 3535 University Blvd, Rockville, MD 20850 |
| 520019328 | + | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 519965899 | + | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 519965900 | + | Solar Loan Portfolio, Po Box 92955, Cleveland, OH 44194-2955 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 08 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 08 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520005080 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 20:39:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519965882 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2023 20:50:46 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519965883 | + | Email/Text: bk@avant.com | Sep 08 2023 20:28:00 | Avant LLC, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1105 |
| 519965884 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2023 20:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519965887 | + | Email/Text: BKPT@cfna.com | Sep 08 2023 20:27:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 519971253 | | Email/Text: BKPT@cfna.com | Sep 08 2023 20:27:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 519965885 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2023 20:40:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519997951 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2023 20:39:28 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519965886 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 08 2023 20:27:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 519965888 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2023 20:50:55 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519965889 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2023 20:50:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520001341 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 08 2023 20:28:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

Case 23-15821-CMG    Doc 17    Filed 09/10/23    Entered 09/11/23 00:14:54    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: plncf13 | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519965891 | | Email/Text: BKCourtNotices@yourmortgageonline.com Sep 08 2023 20:28:00 | | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519975896 | | Email/Text: collecadminbankruptcy@fnni.com Sep 08 2023 20:28:00 | | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 519965892 | | Email/Text: collecadminbankruptcy@fnni.com Sep 08 2023 20:28:00 | | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 519965893 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Sep 08 2023 20:28:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 519994484 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 08 2023 20:40:14 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519965895 | + | Email/Text: Documentfiling@lciinc.com Sep 08 2023 20:27:00 | | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 520019682 | + | Email/Text: Documentfiling@lciinc.com Sep 08 2023 20:27:00 | | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519994496 | | Email/PDF: MerrickBKNotifications@Resurgent.com Sep 08 2023 20:40:08 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519965897 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Sep 08 2023 20:50:40 | | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519965898 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com Sep 08 2023 20:28:00 | | Regions, EnerBank USA, 650 S Main St, Suite 1000, Salt Lake City, UT 84101-2844 |
| 519965901 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 08 2023 20:39:44 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519965902 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 08 2023 20:50:33 | | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520018564 | + | Email/Text: bankruptcy@bbandt.com Sep 08 2023 20:28:00 | | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519967309 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov Sep 08 2023 20:39:25 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519976164 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| 519965890 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519965896 | *+ | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services  LLC mcozzini@sternlav.com |
| Robert C. Nisenson | on behalf of Debtor Jose S Vasquez r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5