Certificate Number: 05781-NJ-DE-037809118

Bankruptcy Case Number: 23-15821



05781-NJ-DE-037809118

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2023, at 4:21 o'clock PM PDT, Jose Vasquez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 29, 2023            By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President