B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

### DISTRICT OF NEW JERSEY

In Re:                                                         Case No.  2315821
JOSE S VASQUEZ

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    LendingClub Bank, NA
---------------------------------------------         -------------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 17
should be sent:                                       Amount of Claim: $12,292.95
Portfolio Recovery Associates, LLC                    Date Claim Filed: 09/08/2023
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct #:  1712                     Last Four Digits of Acct #: 1712

Name and Address where transferee payments            Seller Information
should be sent (if different from above)              LENDINGCLUB CORPORATION AS SERVICER
Portfolio Recovery Associates, LLC                    FOR LENDINGCLUB BANK
POB 12914                                             595 MARKET STREET
Norfolk, VA 23541                                     SUITE 200
                                                      SAN FRANCISCO CA 94105
Phone: (877)829-8298
Last Four Digits of Acct #: 1712

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams                              Date: 10/4/2023
      ---------------------------------------------
      Transferee/Transferee's Agent
Email: Bankruptcy_Info@prareceivables.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on September 28, 2023, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:          23-906

Total Unpaid Balance:    ▮▮▮▮▮▮▮▮

Number of Accounts:    ▮▮▮

DATED: September 28, 2023

LC Legal Reviewed

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Corporation

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Banco Popular North America

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: BankNewport

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: CML Borrower Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Commercial Bank of California

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2019-21

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2020-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Certificate Issuer Trust I, Series 2020-SLCT1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2018-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-HP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Edge Focus Warehouse I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Forbright Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Franklin Investors Securities Trust –
Franklin Total Return Fund

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCG Consumer Credit IV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Heritage Bank N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: KIWI SPV 2019, LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____Brandon Pace_____

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-LCX3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer
Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-P5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2019-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust (LCRT), Series 2019-5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust ,Series 2020-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Receivables Trust, Series 2019-7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: LendingClub Structured Loan Certificate Issue Trust, Series 2023-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Loan Asset Issuer II LLC, Series 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: MountainOne Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF 2018-2, Series 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSF II 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: NBSFFIO 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2022-6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Selection Grantor Trust
2019-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer


SELLER: Pagaya AI Debt Selection Grantor Trust
2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-HG1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Pagaya Funding Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Phoenix Value P2P, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*

Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Santander Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Seattle Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Solar Grey Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: Theorem GS Term Loan Grantor Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print): Brandon Pace
Title: Chief Administrative Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Whole Loan Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____

Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____

Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____

Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as the Ttee of Alternative Lending Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____

Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as trustee of Loan Asset Holding Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____

Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
as Ttee of Loan Asset Holding Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer

SELLER: Wilmington Savings Fund Society, FSB,
Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_____
Name (print):_Brandon Pace
Title: Chief Administrative Officer