| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-15821 / CMG**

Jose S Vasquez

Petition Filed Date: 07/07/2023
341 Hearing Date: 08/03/2023
Confirmation Date: 09/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | $900.00 | 93066190 | 09/18/2023 | $1,500.00 | 93826740 | 10/16/2023 | $1,500.00 | 94341720 |
| 11/17/2023 | $1,500.00 | 94874970 | 12/18/2023 | $1,500.00 | 95351290 | 01/18/2024 | $1,500.00 | 95873010 |

**Total Receipts for the Period: $8,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose S Vasquez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,370.00 | $2,370.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/29 ROOSEVELT AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $2,189.13 | $0.00 | $2,189.13 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $937.10 | $0.00 | $937.10 |
| 4 | KEYBANK NA<br>»» SOLAR LOAN AGREEMENT | Unsecured Creditors | $61,977.75 | $0.00 | $61,977.75 |
| 5 | Regions | Unsecured Creditors | $43,793.30 | $0.00 | $43,793.30 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,994.58 | $0.00 | $1,994.58 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $905.21 | $0.00 | $905.21 |
| 8 | MERRICK BANK | Unsecured Creditors | $2,433.39 | $0.00 | $2,433.39 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,614.54 | $0.00 | $1,614.54 |
| 10 | DISCOVER BANK<br>»» P/29 ROOSEVELT AVE/1ST MTG | Mortgage Arrears | $467.10 | $467.10 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $1,018.89 | $0.00 | $1,018.89 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $929.79 | $0.00 | $929.79 |
| 13 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,090.64 | $0.00 | $2,090.64 |
| 14 | TRUIST BANK<br>»» 2019 HONDA PILOT | Debt Secured by Vehicle | $13.12 | $13.12 | $0.00 |
| 15 | Lafayette Federal Credit Union<br>»» HOME IMPROVEMENT | Unsecured Creditors | $44,840.12 | $0.00 | $44,840.12 |

**Chapter 13 Case No. 23-15821 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDING CLUB | Unsecured Creditors | $26,812.51 | $0.00 | $26,812.51 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDINGCLUB | Unsecured Creditors | $12,292.95 | $0.00 | $12,292.95 |
| 18 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  P/29 ROOSEVELT AV/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  WEBBANK/AVANT | Unsecured Creditors | $4,124.81 | $0.00 | $4,124.81 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $4,245.64 | $0.00 | $4,245.64 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,400.00 | Plan Balance: | $103,800.00  ** |
| Paid to Claims: | $2,850.22 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $670.80 | Arrearages: | $0.00 |
| Funds on Hand: | $4,878.98 | Total Plan Base: | $112,200.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**