UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Discover Bank

In Re:

Jose Vasquez,

Debtor.

Case No.:       23-15821-CMG

Chapter:              13

Hearing Date:     8/21/2024

Judge:              Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 29 Roosevelt Avenue (Docket # 34)

_____

Date: 8/19/2024                               /s/ Denise Carlon
                                              Signature

*rev.8/1/15*