<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

</td></tr>
</table>

In Re:

     Jose S. Vasquez

          Debtor.



Order Filed on December 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     23-15821

Chapter:     13

Hearing Date: 11/19/24

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL FHA COVID-19 PARTIAL CLAIM

The relief set forth on the following page is **ORDERED**.

**DATED: December 3, 2024**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

The Court having reviewed the Motion to Approve FHA Covid-19 Partial Claim

Authorization to Enter into the Final FHA Covid-19 Partial Claim filed on October 15,

2024, as to the <u>first</u> mortgage *[enter first, second, third, etc.]* concerning real property

located at <u>29 Roosevelt Avenue, Morganville, NJ 07751</u>, and the Court having

considered any objections filed to such motion, it is hereby ORDERED that:

☒ The debtor is authorized to enter into the final FHA Covid-19 Partial Claim

agreement.

1)      The FHA Covid-19 Partial Claim must be fully executed no later than 14

days from the date of this order. If it is not, the secured creditor, within 14 days

thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and

the standing trustee a Certification indicating why the agreement was not fully executed.

A response by the debtor, if any, must be filed and served within 7 days of the filed date

of the secured creditor's Certification; and

2)      The Chapter 13 shall not disburse any funds to the Secured Creditor.  The

Secured Creditor will withdraw claim 18-1 within 30 days.

3)      Check one:

√ There is no order requiring the debtor to cure post-petition arrears through the

Plan; or

☐ Post-petition arrears have not been capitalized into the loan modification

agreement, and the Standing Trustee will continue to make payments to the secured

creditor based on the Order filed on _____; and

4)      If fees and costs related to FHA Covid-19 Partial Claim are sought by the

debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR

2016-1 must be filed.

□ The Motion for Authorization to Enter into Final Loan Modification Agreement

is denied.

*new.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-15821-MEH

Jose S Vasquez                                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

**Recip ID**          **Recipient Name and Address**
db                   +  Jose S Vasquez, 29 Roosevelt Ave, Morganville, NJ 07751-9717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor Carrington Mortgage Services  LLC mcozzini@sternlav.com |
| Robert C. Nisenson | on behalf of Debtor Jose S Vasquez r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5