| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-15821 / MEH

Jose S Vasquez

Petition Filed Date: 07/07/2023
341 Hearing Date: 08/03/2023
Confirmation Date: 09/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2024 | $1,500.00 | 95873010 | 03/01/2024 | $1,500.00 | 96599740 | 04/01/2024 | $1,500.00 | 97085520 |
| 04/30/2024 | $1,500.00 | 97589960 | 06/03/2024 | $1,500.00 | 98147050 | 07/01/2024 | $1,500.00 | 98576930 |
| 08/16/2024 | $1,500.00 | 99316130 | 09/03/2024 | $1,500.00 | 99561550 | 09/30/2024 | $1,500.00 | 10002582 |
| 11/15/2024 | $1,500.00 | 10073844 | 12/02/2024 | $1,500.00 | 10095125 | | | |

**Total Receipts for the Period: $16,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose S Vasquez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,370.00 | $2,370.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/29 ROOSEVELT AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $2,189.13 | $190.62 | $1,998.51 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $937.10 | $69.48 | $867.62 |
| 4 | KEYBANK NA<br>»» SOLAR LOAN AGREEMENT | Unsecured Creditors | $61,977.75 | $5,396.90 | $56,580.85 |
| 5 | Regions | Unsecured Creditors | $43,793.30 | $3,813.43 | $39,979.87 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,994.58 | $173.69 | $1,820.89 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $905.21 | $78.82 | $826.39 |
| 8 | MERRICK BANK | Unsecured Creditors | $2,433.39 | $211.90 | $2,221.49 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,614.54 | $140.59 | $1,473.95 |
| 10 | DISCOVER BANK<br>»» P/29 ROOSEVELT AVE/2ND MTG | Mortgage Arrears | $467.10 | $467.10 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $1,018.89 | $75.55 | $943.34 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $929.79 | $68.93 | $860.86 |
| 13 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,090.64 | $182.05 | $1,908.59 |
| 14 | TRUIST BANK<br>»» 2019 HONDA PILOT | Debt Secured by Vehicle | $13.12 | $13.12 | $0.00 |

**Chapter 13 Case No. 23-15821 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 15 | Lafayette Federal Credit Union<br>»»  HOME IMPROVEMENT | Unsecured Creditors | $44,840.12 | $3,904.59 | $40,935.53 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDING CLUB | Unsecured Creditors | $26,812.51 | $2,334.78 | $24,477.73 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDINGCLUB | Unsecured Creditors | $12,292.95 | $1,070.44 | $11,222.51 |
| 18 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  P/29 ROOSEVELT AV/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  WEBBANK/AVANT | Unsecured Creditors | $4,124.81 | $359.18 | $3,765.63 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $4,245.64 | $369.70 | $3,875.94 |
| 21 | DISCOVER BANK<br>»»  29 ROOSEVELT AVE/ATTY FEES 9/4/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,900.00 | Plan Balance: | $87,910.00 ** |
| Paid to Claims: | $21,839.87 | Current Monthly Payment: | $1,500.00 |
| Paid to Trustee: | $1,650.30 | Arrearages: | $1,500.00 |
| Funds on Hand: | $1,409.83 | Total Plan Base: | $112,810.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.