Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−15821−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose S Vasquez
   29 Roosevelt Ave
   Morganville, NJ 07751

Social Security No.:
   xxx−xx−3314

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/5/25 at 09:00 AM

to consider and act upon the following:

**44** − Motion for Relief from Stay re: 29 ROOSEVELT AVENUE, MORGANVILLE, NJ 07751. Fee Amount $ 199. Filed by Maria Cozzini on behalf of Carrington Mortgage Services, LLC. Hearing scheduled for 3/5/2025 at 09:15 AM, MEH − Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

Dated: 2/6/25

                                                       Jeanne Naughton
                                                       Clerk, U.S. Bankruptcy Court