UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stern Lavinthal & Frankenberg LLC
Maria Cozzini, Esq.
103 Eisenhower Parkway - Suite 100
Roseland, NJ  07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Carrington Mortgage Services, LLC

In Re:

Jose S Vasquez

Case No.: __23-15821-MEH__

Chapter: __13__

Hearing Date: _____

Judge: __Mark Edward Hall__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Docket No. 44 - Motion for Relief from Stay re:  29 Roosevelt Ave, Morganville, NJ 07751, has been withdrawn

Date: April 11, 2025

/s/ Maria Cozzini
Maria Cozzini

*rev.8/1/15*