| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | Order Filed on May 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Jose S. Vasquez<br><br>              Debtor. | Case No.:     23-15821<br><br>Chapter:       13<br><br>Hearing Date: May 7, 2025<br><br>Judge:          MEH |

### ORDER ON MOTION FOR AUTHORIZATION
### TO ENTER INTO FINAL FHA COVID-19 PARTIAL CLAIM

The relief set forth on the following page is **ORDERED**.

**DATED: May 7, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court having reviewed the Motion to Approve FHA Covid-19 Partial Claim Authorization to Enter into the Final FHA Covid-19 Partial Claim filed on April 7, 2025, as to the <u>first</u> mortgage *[enter first, second, third, etc.]* concerning real property located at <u>29 Roosevelt Avenue, Morganville, NJ 07751</u>, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

☐ The debtor is authorized to enter into the final FHA Covid-19 Partial Claim agreement.

1) The FHA Covid-19 Partial Claim must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Check one:

√ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

4) If fees and costs related to FHA Covid-19 Partial Claim are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

☐ The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

*new.12/17/19*