<table>
<tr><td>
UNITED STATES BANKRUPTCY COURT<br>
DISTRICT OF NEW JERSEY<br>
<br>
**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>
<br>
**PADGETT LAW GROUP**<br>
Joshua I. Goldman, Esq.<br>
6267 Old Water Oak Road, Suite 203<br>
Tallahassee, FL 32312<br>
(850) 422-2520 (telephone)<br>
(850) 422-2567 (facsimile)<br>
Josh.Goldman@padgettlawgroup.com<br>
*Attorneys for JPMorgan Chase Bank, National*<br>
*Association*
</td><td></td></tr>
<tr><td>
In Re:<br>
<br>
**Jose S Vasquez,**<br>
<br>
        Debtor(s).
</td><td>
Case No.: 23-15821-MEH<br>
<br>
Chapter: 13<br>
<br>
Judge:  Mark Edward Hall
</td></tr>
</table>

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, National Association.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

        Padgett Law Group
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312

DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

        By:*/s/ Joshua I. Goldman*

Dated: February 13, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for JPMorgan Chase Bank, National Association*

In Re:

**Jose S Vasquez,**

                    Debtor(s).

Case No.: 23-15821-MEH

Chapter: 13

Judge:  Mark Edward Hall

## CERTIFICATION OF SERVICE

1. I, Kelly DeSousa:

   ☐ represent _____ in the above-captioned matter.

   ☑  am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the

      above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

1. On February 13, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: *Notice of Appearance*

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


                                        */s/ Kelly DeSousa*
Dated:  February 13, 2026                  Kelly DeSousa

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Jose S Vasquez**<br>29 Roosevelt Ave<br>Morganville, NJ 07751 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Robert C. Nisenson**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.