Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-15821 / MEH**

Jose S Vasquez

Petition Filed Date: 07/07/2023
341 Hearing Date: 08/03/2023
Confirmation Date: 09/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2025 | $1,500.00 | 10142489 | 02/18/2025 | $1,500.00 | I1M66T48PZ-P | 03/17/2025 | $1,500.00 | I1V3GP4HDB-I |
| 04/01/2025 | $1,500.00 | I1VRG8DKG8- | 05/02/2025 | $1,500.00 | I134GJNM2T-F | 06/03/2025 | $1,500.00 | I1XZL2HYC6-F |
| 07/01/2025 | $2,100.00 | I19HLBJB2Y-P | 08/18/2025 | $2,100.00 | I1DZF3SL8P-P | 09/17/2025 | $2,100.00 | I1N1FC4NZ4-F |
| 10/15/2025 | $2,100.00 | I1NHFWZ4NZ- | 11/17/2025 | $2,100.00 | I12WSDYD9X- | 12/16/2025 | $2,100.00 | I11HSFR9ZN-F |
| 01/15/2026 | $2,100.00 | I85MC3WKF6- | 02/18/2026 | $2,100.00 | I8MMB58WSS- | | | |

**Total Receipts for the Period: $25,800.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $49,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jose S Vasquez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,370.00 | $2,370.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» 29 ROOSEVELT AVE/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | CREDIT FIRST NA<br>»» FIRESTONE | Unsecured Creditors | $2,189.13 | $395.23 | $1,793.90 |
| 3 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $937.10 | $160.59 | $776.51 |
| 4 | KEYBANK NA<br>»» SOLAR LOAN AGREEMENT | Unsecured Creditors | $61,977.75 | $11,189.65 | $50,788.10 |
| 5 | Regions | Unsecured Creditors | $43,793.30 | $7,906.58 | $35,886.72 |
| 6 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,994.58 | $360.11 | $1,634.47 |
| 7 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $905.21 | $155.13 | $750.08 |
| 8 | MERRICK BANK | Unsecured Creditors | $2,433.39 | $439.33 | $1,994.06 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,614.54 | $276.70 | $1,337.84 |
| 10 | Capital One N.A.<br>»» 29 ROOSEVELT AVE/2ND MTG/DISCOVER | Mortgage Arrears | $467.10 | $467.10 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $1,018.89 | $174.61 | $844.28 |
| 12 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $929.79 | $159.35 | $770.44 |
| 13 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,090.64 | $377.45 | $1,713.19 |

**Chapter 13 Case No. 23-15821 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | TRUIST BANK<br>»» 2019 HONDA PILOT | Debt Secured by Vehicle | $13.12 | $13.12 | $0.00 |
| 15 | Lafayette Federal Credit Union<br>»» HOME IMPROVEMENT | Unsecured Creditors | $44,840.12 | $8,095.57 | $36,744.55 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDING CLUB | Unsecured Creditors | $26,812.51 | $4,840.81 | $21,971.70 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB | Unsecured Creditors | $12,292.95 | $2,219.41 | $10,073.54 |
| 18 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 29 ROOSEVELT AVE/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» WEBBANK/AVANT | Unsecured Creditors | $4,124.81 | $744.70 | $3,380.11 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $4,245.64 | $766.52 | $3,479.12 |
| 21 | Capital One N.A.<br>»» 29 ROOSEVELT AVE/ATTY FEES 9/4/24/DISCOVER | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,200.00 | Plan Balance: | $63,610.00 ** |
| Paid to Claims: | $41,660.96 | Current Monthly Payment: | $2,100.00 |
| Paid to Trustee: | $3,600.29 | Arrearages: | $2,100.00 |
| Funds on Hand: | $3,938.75 | Total Plan Base: | $112,810.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**