UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

In Re:

    Jose S. Vasquez

          Debtor.

**Order Filed on May 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    23-15821

Chapter:    13

Hearing Date: May 20, 2026

Judge:    EJO

**ORDER ON MOTION FOR AUTHORIZATION
TO ENTER INTO FINAL FHA STANDALONE PARTIAL CLAIM**

The relief set forth on the following pages is **ORDERED**.

**DATED: May 20, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The Court having reviewed the Motion to Approve FHA Standalone Partial Claim Authorization to Enter into the Final FHA Standalone Partial Claim filed on April ___, 2026, as to the <u>first</u> mortgage *[enter first, second, third, etc.]* concerning real property located at <u>29 Roosevelt Avenue, Morganville, NJ 07751</u>, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

**XX** The debtor is authorized to enter into the final FHA Standalone Partial Claim agreement.

1)      The FHA Standalone Partial Claim must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)      Check one:

√ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

☐ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

4)      If fees and costs related to FHA Standalone Partial Claim are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

□ The Motion for Authorization to Enter into Final Loan Modification Agreement

is denied.

*new.12/17/19*