

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

In Re:

    Jose S. Vasquez

         Debtor.

**Order Filed on May 20, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:    23-15821

Chapter:    13

Hearing Date: May 20, 2026

Judge:    EJO

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL FHA STANDALONE PARTIAL CLAIM

The relief set forth on the following pages is **ORDERED**.

**DATED: May 20, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The Court having reviewed the Motion to Approve FHA Standalone Partial Claim Authorization to Enter into the Final FHA Standalone Partial Claim filed on April ___, 2026, as to the <u>first</u> mortgage *[enter first, second, third, etc.]* concerning real property located at <u>29 Roosevelt Avenue, Morganville, NJ 07751</u>, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

**XX** The debtor is authorized to enter into the final FHA Standalone Partial Claim agreement.

1)      The FHA Standalone Partial Claim must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2)      Check one:

√ There is no order requiring the debtor to cure post-petition arrears through the Plan; or

□ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

4)      If fees and costs related to FHA Standalone Partial Claim are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed.

☐ The Motion for Authorization to Enter into Final Loan Modification Agreement

is denied.

*new.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-15821-EJO

Jose S Vasquez                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                          Page 1 of 2

Date Rcvd: May 21, 2026                           Form ID: pdf903                                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID               Recipient Name and Address**
db                          + Jose S Vasquez, 29 Roosevelt Ave, Morganville, NJ 07751-9717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                                        docs@russotrustee.com

Joshua I. Goldman
                                        on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Maria Cozzini
                                        on behalf of Creditor Carrington Mortgage Services  LLC mcozzini@sternlav.com

Matthew K. Fissel
                                        on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                                        on behalf of Creditor CAPITAL ONE  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert C. Nisenson
                                        on behalf of Debtor Jose S Vasquez r.nisenson@rcn-law.com

District/off: 0312-3                           User: admin                                    Page 2 of 2
Date Rcvd: May 21, 2026                        Form ID: pdf903                               Total Noticed: 1

doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7