**Stern, Lavinthal & Frankenberg, LLC**
103 Eisenhower Parkway, Suite 100
Roseland, New Jersey 07068
Telephone Number (973) 797-1100
Telecopier Number (973) 228-2679
Email: mcozzini@sternlav.com
Attorneys for Secured Creditor,
Carrington Mortgage Services, LLC
By: Maria Cozzini, Esq.

| | |
|---|---|
| In Re:<br><br><br>**JOSE S. VASQUEZ,**<br><br>        Debtor(s). | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No.  23-15821-EJO |

**NOTICE OF OBJECTION TO DEBTOR'S MOTION TO ENFORCE LOAN
MODIFICATION**

PLEASE TAKE NOTICE that Carrington Mortgage Services, LLC ("Secured Creditor"), the holder of a mortgage on the real property of the debtor(s), known as 29 Roosevelt Ave, Morganville, NJ 07751, by and through its undersigned attorneys, hereby objects to the Debtor's Motion to Enforce Loan Modification on the following grounds including:

1. Debtor was offered a partial claim FHA stand alone mortgage to resolve arrears in the amount of $22,773.16.  To accept the loss mitigation offer, the Debtor was required to sign a promissory note and partial claim mortgage.  The deferred balance would be interest free, with a maturity date of May 1, 2050, unless the Property was sold prior to that time.

2. Upon review of the returned documents, the Creditor determined that the Debtor failed to properly sign and return the loan documents, as required to accept the loss mitigation offer.  Specifically, the Debtor failed to complete and execute the required name affidavits to include also known as name variations.  On the partial claim note and mortgage, Debtor failed to execute the loan documents under the alternate name, as required.  In an effort to resolve this deficiency, the Creditor sent another sent of documents for execution, which was not returned.

3. Since the Debtor failed to provide properly signed and notarized loan documents, the Creditor objects to the Debtor's Motion to Enforce the Loan Modification.  To accept the loan modification, the Debtor was required to sign the name affidavit, together with the note and partial claim mortgage, specifically as requested, including alternate also known as names.

4. I have reached out to the Debtor's attorney to resolve these deficiencies.  However, Creditor requests that the Debtor's Motion be denied, since the Debtor failed to properly execute the loan documents as required to accept the partial claim offer.  Further, since the Debtor failed to comply with the loss mitigation requirements, the Creditor objects to any demand for legal fees incurred by the Debtor in connection with this application.

Stern Lavinthal & Frankenberg LLC
Attorneys for the Secured Creditor,
CitiMortgage, Inc.
/s/  Maria Cozzini, Esq.
Maria Cozzini, Esq.

Dated: 6/18/2026