**UNITED STATES BANKRUPTCY COURT**
District of New Jersey (Trenton)

***In Re:***
Jose S Vasquez
**Debtor(s)**

**Case No.** 23-15821
**Chapter 13**

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Please accept this notice that *Carrington Mortgage Services, LLC,* respectfully notifies this Court that its Notice of Mortgage Payment Change filed on June 29, 2026 for claim number 18-1, is hereby withdrawn.

Dated: August 11, 2026

Respectfully Submitted,

By: /s/ Shakyra Hopkins
Shakyra Hopkins
Authorized Agent for Creditor
Liepold, Harrison, and Associates
1425 Greenway Drive, Suite 250
Irving, TX 75038
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039
pcninquiries@lha-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Withdrawal of Notice of Mortgage Payment Change was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on August 11, 2026:

Chapter 13 Trustee:
Albert Russo
CN 4853
Trenton, NJ 08650-4853

Debtor's Counsel:
Robert C. Nisenson
10 Auer Court
Suite E
East Brunswick, NJ 08816

U.S. Trustee:
Office of the U.S. Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Shakyra Hopkins
Authorized Agent for Creditor
Shakyra Hopkins
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, Texas 75039
682.808.5373 Office
817.522.7558 Fax
pcninquiries@lha-law.com